# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 21CR00433 |
| Sarah Jackson Abedelal, | Honorable Sara L. Ellis |
| Defendant. | |

## UNOPPOSED MOTION FOR PERMISSION TO ISSUE EARLY RETURN SUBPOENAS AND FOR PRODUCTION DIRECTLY TO THE PARTIES

Now comes the Defendant, Sarah Jackson Abedelal by her attorney, Bedi & Singer, LLP and pursuant to Federal Rule of Criminal Procedure 17(c) and the Sixth Amendment to the Constitution hereby moves this Honorable Court enter and order allowing all parties to issue subpoenas for documents and objects, to have the early return of such subpoenas prior to trial and to permit the compliance with the subpoenas by production of those documents or objects directly to the party issuing the subpoena. The undersigned Counsel has spoken with the government who does not oppose this request.

Respectfully submitted,

By: s/ Jonathan S. Bedi

Jonathan S. Bedi
Dena M. Singer
Bedi & Singer, LLP
53 West Jackson Blvd
Chicago, IL 60604
Phone: (312) 525-2017
dsinger@bedisinger.com
jbedi@bedisinger.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies the foregoing document was filed via the Court's ECF system.

s/Jonathan S. Bedi
Attorney for Defendant
