## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jantz |
|---|---|---|---|
| CASE NUMBER | 21 CR 433 | DATE | APRIL 19, 2022 |
| CASE TITLE | U.S. v. Sarah Jackson Abedelal, et al. | | |

19 GJ 649

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL MAY 2021  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge  Betsy W. Jantz

---

BOND PREVIOUSLY SET IN 21 CR 433 TO STAND AS BOND IN THIS INSTANCE AS TO ALL DEFENDANTS.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                UNDER SEAL)

Courtroom Deputy Initials: ajs



FILED
4/19/2022 CM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1